FILE COPY

No. 07-14-00310-CV

| | | |
|---|---|---|
| In re Danny Shead, Relator | § | Original Proceeding |
| | § | |
| | § | September 9, 2014 |
| | § | |
| | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of this Court dated September 9, 2014, it is ordered, adjudged and decreed that relator's petition for writ of mandamus is hereby denied.

o O o